new trial might be had. Therefore, the order was made reversing the judgment.

Petition for rehearing is denied.

TERRELL, C. J., AND WHITFIELD, ELLIS AND BUFORD, J. J., concur.

BROWN, J.—I concur in the reversal, because the verdict in my opinion was not only not supported by the evidence, but was contrary to the weight of the evidence, and that therefore the motion for new trial should have been granted.

OLIVE C. COLCLOUGH, *Plaintiff in Error,* v. R. S. BAYNARD, *Defendant in Error.*

Division B.

Decision filed January 7, 1929.

*Edgar W. Waybright* and *James Royall,* for Plaintiff in Error;

*S. L. Scruggs,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment

to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the circuit court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

CAROLINE R. FREEMAN, Formerly CAROLINE READ BECK, *Plaintiff in Error,* v. CHARLES O. BECK and CHARLES L. JONES, *Defendants in Error.*

Decision filed January 7, 1929.

*Hampton & Greene,* for Plaintiff in Error;

*W. E. Smith,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the circuit court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.